1  David S. Spini, Esq., #153652
2  Anna DiBenedetto, Esq., # 220833
   FITZPATRICK, SPINI & SWANSTON
3  340 Soquel Avenue, Suite 115
   Santa Cruz, CA   95062
4  Telephone:  (831) 426-5200
   Facsimile:  (831) 426-5300

5

6  Attorneys for Plaintiff,
    DONNA TRUJILLO                                        *E-FILED - 10/13/05*

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
           FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION
10

11 DONNA TRUJILLO,                         No. C05-01253-RMW

12                       Plaintiff.
                                           **STIPULATION AND ORDER
13         vs.                             CONTINUING DEFENDANTS' NOTICE
                                           OF MOTION AND MOTION TO DISMISS –
14 SAN JOSE STATE UNIVERSITY POLICE,       FRCP RULES 12(b)(6) & 4(m)**
   et al.,
15
                         Defendants.
16

17

18         Defendant Trustees of the California State University, incorrectly sued herein as San Jose State

19 University Police, and related individual Defendants Chief of Police Andre Barnes, Sergeant Amado

20 Ramirez, Officer Brad Beavers, Officer Michael Barnes, Officer Brad Wong, Security Officer Manual

21 Ledesma, and Patricia Breivik, and Plaintiff, Donna Trujillo, through their attorneys of record, hereby

22 stipulate and request that the hearing on said Defendants notice of motion to dismiss plaintiffs first

23 amended complaint, currently scheduled for October 28, 2005 at 9:00 a.m., be continued for an

24 additional 45 days – and that the Court immediately refer the action to mediation.  This request is

25 based on said parties willingness to submit this matter to mediation as soon as feasible, in anticipation

26 that plaintiffs claims might be resolved without the need for further protracted litigation.

27 // //

28

- 2 -

DATED:   October 7, 2005                     GAVIN & CUNNINGHAM

By  S//
Alan F. Hunter, Esq., Attorneys for Defendants

DATED:   October 7, 2005                     FITZPATRICK, SPINI & SWANSTON

By  S//
David S. Spini, Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation of the parties, Defendants Motion to Dismiss, previously scheduled for October 28, 2005, is hereby rescheduled to  December 2 , 2005 at  9:00  a. m.  In addition, the action is hereby referred to mediation with the understanding that the parties will make a good faith effort to complete mediation prior to the rescheduled hearing date.  The Case Management Conference is reset to December 2, 2005 at 10:30 a.m.

Dated: October  13 , 2005

/s/ Ronald M. Whyte
Ronald M. Whyte
United States District Judge