Alan F. Hunter, Esq. SBI 099805
William H. Gavin, Esq. SBI 099695
Ayhan M. Menekshe, Esq. SBI 197467
**GAVIN & CUNNINGHAM**
1530 The Alameda, Suite 210
San Jose, California 95126
Telephone: 408/294-8500
Telefax: 408/294-8596

Attorneys for Defendant Trustees of the
California State University and related parties

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

*E-FILED - 3/9/06*

| | |
|---|---|
| DONNA TRUJILLO, ) | Case No.: CV05-01253 RMW |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF DISMISSAL AND ORDER FOLLOWING MEDIATION** |
| SAN JOSE STATE UNIVERSITY POLICE, et al., ) | Date: February 3, 2006<br>Time: 10:00 a.m.<br>Place: Court of Appeals -- SF<br>Medr: Margaret A. Corrigan |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

In connection with a judicially supervised mediation and related settlement of the above-captioned action, Plaintiff Donna Trujillo hereby dismisses the above-captioned action in its entirety and with prejudice. All parties – by and through their respective counsel – hereby stipulate to the dismissal and consent to the same.

// //

// //

// //

// //

STIPULATION OF DISMISSAL - 1

Dated: February 8, 2006       Fitzpatrick, Spini & Swanston

/S/

By:_____
   Anna DiBenedetto, Esq.
   Attorneys for Plaintiff

Dated: February 10 , 2006       GAVIN & CUNNINGHAM

/S/

By:_____
   Alan F. Hunter, Esq.
   Attorneys for CSU Defendants

Dated: February 6 , 2006       OFFICE OF CITY ATTORNEY

/S/

By:_____
   Robert R. Fabela, Esq.
   Attorneys for City of San Jose Defs

### ORDER

The above stipulation is hereby approved and ordered enforced. The above-captioned action is hereby dismissed in its entirety and with prejudice.

Dated:  3/9/06            _/S/ RONALD M. WHYTE_____
   Judge of the United States District Court